**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SHANNON GRADY and JASON EMERSON,** *Plaintiffs,* <br><br> **v.** <br><br> **COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION, et al.,** *Defendants.* | **Civ. No. 26-0068** |

## ORDER

**AND NOW**, this 16th day of July, 2026, upon consideration of Defendants' Motion to Dismiss (ECF No. 27), all corresponding briefing, and oral argument thereon, it is hereby **ORDERED** that Defendants' Motion is **GRANTED**.

It is further **ORDERED** that Plaintiffs' Motions for a Preliminary Injunction (ECF Nos. 4 and 9) and Ex Parte Motion for a Temporary Restraining Order (ECF No. 12) are **DENIED** as moot. The Clerk of Court is directed to **CLOSE** this case.

**BY THE COURT:**

MARY KAY COSTELLO
United States District Judge